IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 08-60155 |
| DELGARDO LEE LINTHICUM | ) | Chapter 7 |
| | ) | |
| *Debtor* | ) | |
| | ) | |
| BRANCH BANKING & TRUST COMPANY | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 08-06047 |
| | ) | |
| DELGARDO LEE LINTHICUM | ) | |
| | ) | |
| *Defendant* | ) | |

## CONSENT ORDER OF NONDISCHARGEABILITY AND AWARDING MONEY JUDGMENT

THIS ADVERSARY PROCEEDING is before the Court upon the Complaint of Branch Banking & Trust Company ("BB&T") for Nondischargeability of Debt filed against Delgardo Lee Linthicum (the "Debtor"). By agreement of the parties, in accordance with the parties' separate written Settlement Agreement dated September 26, 2008, and for good cause shown,

IT IS ADJUDGED ORDERED AND DECREED that the debt owed by the Debtor to BB&T evidenced by a Promissory Note dated August 2, 2007 in the principal amount of One Hundred Thirty-Six Thousand Dollars ($136,000.00) made by Kingdom Ministries, Inc., and a Guaranty Agreement of the Debtor dated August 2, 2007, be and hereby is, declared to be NON-DISCHARGEABLE, pursuant to 11 U.S.C. §523(a)(2)(B).

AND IT IS FURTHER ORDERED that a money judgment in the principal amount of One Hundred Thirty-Six Thousand Dollars ($136,000.00), together with interest on the unpaid principal

balance at a rate of six per cent per annum (6%) from the date of the entry of this order, be, and hereby is, AWARDED in favor of Branch Banking & Trust Company against Delgardo Lee Linthicum.

Nothing further remaining to be done, the Clerk is directed to close this Adversary Proceeding and forward a copy of this order to counsel of record via the Court's CM/ECF system.

**ENTERED: October 17, 2008**

_____
**U. S. BANKRUPTCY JUDGE**

I ask for this

/s/ Douglas T. Stark
   Of Counsel
Paul M. Black, (VSB #24861)
W. Calvin Smith, Esq. (VSB #46461)
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002-0090
Telephone:    (540) 512-1800
Facsimile:    (540) 342-4480
dstark@spilmanlaw.com
Counsel for Branch Banking & Trust Company

014032.0354
1118262


/s/ H. David Cox
Cox Law Group
900 Lakeside Drive
Lynchburg, Virginia 24501