# SPILMAN THOMAS & BATTLE, PLLC
## ATTORNEYS AT LAW

Writer's Direct Dial 540.512.1809
cquesenberry@spilmanlaw.com

November 4, 2008

NOV 21 2008

United States Bankruptcy Court
Western District of Virginia
Lynchburg Division
P.O. Box 6400
Lynchburg, VA  24505

Re:  Certified Copy Request

To Whom It May Concern:

Enclosed please find a copy of Adversary Proceeding No. 08-06047. Please send me two certified copies of this document. Also please find this firm's check in the amount of $20.00 to cover the certified and copying fee.

Please call me if you have any questions.

Very truly yours,

Carmen Quesenberry
Paralegal

1211105

310 First Street   Suite 1100   Post Office Box 90   Roanoke, Virginia  24002-0090
www.spilmanlaw.com   540.512.1800   540.342.4480 fax

West Virginia        North Carolina        Pennsylvania        Virginia